IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EDWARD PINN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-cv-3126 |
| ILLINOIS DEPARTMENT OF HEALTHCARE AND FAMILY SERVICES, | ) ) ) |
| Defendant. | ) |

## PLAINTIFFS EXHIBIT LIST

| **Presiding Judge** | **Plaintiff's Counsel** | **Defendant's Counsel** |
|---|---|---|
| Hon. James E. Shadid | John A. Baker | DeAnna Beckner |
| **Trial Dates** | **Court Reporter** | **Courtroom Deputy** |
| January 13-15, 2025 | | |

| No. | Description | Authentication Waived | Objection Grounds | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 1 | Job posting with opening date of 6/21/2018. Doc. 29-1 at 1-2 | | | | |
| 2 | Ed Pinn Bid Form signed 6/26/2018. Doc. 29-1 at 3 | | | | |
| 3 | Ed Pinn CMS 100 dated 6/26/2018. Doc. 29-1 at 4-12 | | | | |
| 4 | Josh Hughes CMS 100 dated July 12, 2018. Doc. 29-1 at 14 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Job posting that was posted on July 2, 2018. Doc. 25-7. | | | | | |
| 6 | Declaration of Ruth Ann Day (for impeachment purposes only). Doc. 25-1 at 1-8. | | | | | |
| 7 | Ed Pinn A grade. Exam date 5/1/18. Pinn Disclosures 18 | | | | | |
| 8 | Pinn Bid Form dated 7/16/2018. Pinn disclosures 20. | | | | | |